YAZOO & MISSISSIPPI VALLEY RAILWAY COMPANY *v.* SMITHART.

[71 South. 562.]

CARRIERS. *Carriage of passengers. Action. Damages.*

Where a passenger was carried by a railroad company some four or five miles beyond her destination and was forced to walk back and her pecuniary damages was the sum of twenty cents and her actual damages consisted simply and solely of the fact that

she had to take a walk of four or five miles, that the wind was blowing and it was muddy and she was tired and hungry and did not get any dinner. In such case a verdict for five hundred dollars was excessive and the court required all of same to be remitted except one hundred dollars.

APPEAL from the circuit court of Warren county.

HON. T. G. BIRCHETT, Judge.

Suit by Middie Smithart against the Yazoo & Mississippi Valley Railroad Company. From a judgment for plaintiff, defendant appeals.

The facts are fully stated in the opinion of the court.

*Mayes, Wells, May & Sanders,* for appellant.

*Anderson, Vollor & Kelly,* for appellee.

SYKES, J., delivered the opinion of the court.

This case is a companion case to the one of *Yazoo & Miss. Valley Railroad Co.* v. *Miss Ida Hearn,* 71 So. 561, this day decided by us. Miss Middie Smithart is a niece of Miss Ida Hearn, and was with Miss Hearn on the trip from Redwood to King's Crossing. For a statement of the facts in this case, reference is made to the opinion of the court in the case of this same appellant against Miss Hearn.

The pecuniary damage suffered by the appellee in this case was the sum of twenty cents paid for her ticket. Her actual damages, as testified to by her, consisted simply and solely of the fact that she had to take this additional walk of four or five miles, that the wind was blowing, and it was muddy, and she was tired and hungry and did not have any dinner that day. On this testimony, the jury returned a verdict in her favor for five hundred dollars. This verdict is grossly excessive. If the plaintiff will remit the excess over one hundred dollars, the case will be affirmed; otherwise it will be reversed and remanded as to the question of damages only.

*Affirmed conditionally.*